UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-2188-SVW-RZ | Date | May 21, 2014 |
|---|---|---|---|
| Title | Anthony Jackson, M.D. v. Medical Board of California, et al. | | |

JS - 5

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER (1) LIFTING STAY AND RETURNING CASE TO ACTIVE CALENDAR; (2) SUBSTITUTING PUBLIC OFFICER DEFENDANT; AND (3) ORDERING FURTHER BRIEFING

     This action was stayed and the case was placed on the inactive calendar on July 31, 2012. Defendants have filed a status report stating that the related state judicial and administrative proceedings have now concluded. (Dkt 175.) On the basis of the representations in the status report, the Court hereby orders as follows:

     1. The stay of proceedings entered on July 31, 2012 is VACATED. The Clerk shall return this case to the Court's active calendar.

     2. Pursuant to Federal Rule of Civil Procedure 25(d), Kimberly Kirchmeyer is substituted for defendant Linda K. Whitney in her official capacity as Executive Director of the Medical Board of California.

     3. Not later than Monday, June 30, 2014, defendants shall file a motion to dismiss or other appropriate motion addressing the remaining claims in this case.

                                                                                        :

Initials of Preparer         PMC