```
FILED
CLERK, U.S. DISTRICT COURT

Mar 5, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ____PMC____ DEPUTY
```

1  GARY W. GORSKI
   Attorney at Law
2  1207 Front Street, Suite 22
   Telephone:    (916) 965-6800
3  email:        usrugby@gmail.com
   GARY W. GORSKI - CBN: 166526
4
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY JACKSON, M.D. | ) | CASE NO.: 07-cv-02188-SVW -RZ |
|---|---|---|
| Plaintiff(s), | ) | ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR: |
| vs. | ) | |
| MEDICAL BOARD OF CALIFORNIA; et al | ) | 1) AN ORDER ACCEPTING **LATE FILING** OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT and OPPOSITION TO STATEMENT OF FACTS AND CONCLUSIONS OF LAW |
| Defendant(s). | ) | |

**IT IS SO ORDERED.**

**DATED:** March 5, 2015

/s/ Stephen V. Wilson

**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

2) AN ORDER OF ERRATA STRIKING THE DOCUMENT FILED on 2/24/2015 at 0:00 AM PST, docket entry number 201 Docket Text: "NOTICE OF MOTION AND MOTION

Judge: Stephen V. Wilson
Courtroom: 6
Trial Date Not set yet
Action Filed: April 3, 2007

**PLEASE TAKE NOTICE** that plaintiff hereby moves the court ex parte requesting the following relief, which is not being opposed by defendants:

1)   An order accepting late filing of Plaintiff's opposition papers filed one day late on 2/24/2015 at **docket entry number 202** [Docket Text: "MEMORANDUM in Opposition to MOTION to Dismiss Plaintiff's Fifth Amended and Supplemental Complaint MOTION for Partial Summary Judgment as to Portions of Plaintiff's Fifth Amended and Supplemental Complaint"] and **docket entry number 203** [Docket Text: STATEMENT of Opposition and Response to Defendants' Statement of Uncontroverted Facts and Conclusions of Law MOTION to Dismiss Plaintiff's Fifth Amended and Supplemental

1.

1  Complaint MOTION for Partial Summary Judgment as to Portions of Plaintiff's Fifth
2  Amended and Supplemental Complaint"]
3  and
4  2)  An order of errata striking the document filed on 2/24/2015 at 0:00 AM PST, **docket**
5  **entry number 201** [Docket Text: "NOTICE OF MOTION AND MOTION]
6   This application is made per the attached the attached Declaration of Gary W. Gorski.

```
                                    Respectfully submitted,
                                    LAW OFFICES OF GARY W. GORSKI
DATED: February 24, 2015             /s/ Gary W. Gorski
                                    GARY W. GORSKI
                                    Attorney for Plaintiff
```

**DECLARATION OF GARY W. GORSKI**

**I, Gary W. Gorski, declare as follows:**

1. I am the attorney of record for Plaintiff, in the above captioned matter.

2. I make this declaration of my own personal knowledge, I'm competent to testify as to the matters herein.

3. Last week, I was sick with the flu, and I fell behind on work. In frenzy to make the midnight deadline to file an opposition on the due date of 2/23/2015, I filed a substandard draft in an attempt to meet the deadline --- which I was still one minute late ---- I attemptws to clean up the document as much as possible up until the last possible minute, which was one minute too late. The document filed on 2/24/2015 at **0:00 AM** PST, docket entry number 201 [Docket Text: "NOTICE OF MOTION AND MOTION] is <u>25 pages long</u>, and fails to have a Table of Authorities, and was just a working draft. In sum, this is a document is substandard and is not focused.

4. **MEET AND CONFER:** I emailed opposing counsel about the relief in this ex parte, and he stated he has no objection. I promised counsel to get the final version filed at noon today, which has been accomplished.

5. At noon today, I was able to file the final version (docket entries 202-203), which was reduced from 25 pages to 10 pages. The issue in this action has been narrowed to relatively a single issue, though encompassing many years of facts.

6. My client is not responsible for this late filing, and I alone accept the consequences.

7. I respectfully request the Court to consider the relief requested by this ex parte application as follows:

8. An order accepting late filing of Plaintiff's opposition papers filed 2/24/2015 at **docket entry number 202** [Docket Text: "MEMORANDUM in Opposition to MOTION to Dismiss Plaintiff's Fifth Amended and Supplemental Complaint MOTION for Partial Summary Judgment as to Portions of Plaintiff's Fifth Amended and Supplemental Complaint"] and **docket entry number 203** [Docket Text: STATEMENT of Opposition and Response to Defendants' Statement of Uncontroverted Facts and Conclusions of Law

1  MOTION to Dismiss Plaintiff's Fifth Amended and Supplemental Complaint MOTION
2  for Partial Summary Judgment as to Portions of Plaintiff's Fifth Amended and
3  Supplemental Complaint"], and
4  2)  An order of errata striking the document filed on 2/24/2015 at 0:00 AM PST, **docket**
5  **entry number 201** [Docket Text: "NOTICE OF MOTION AND MOTION]
6  I declare the facts stated herein are true and correct under the penalty of perjury.  Signed
7  in Sacramento County, California.

8  DATED: February 24, 2015          /s/ Gary W. Gorski
9                                    GARY W. GORSKI
                                      Declarant.